United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Jack Combs, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-25-4767 |
| § | |
| Adam Salvador Rosales, § | |
| Juan Adrian Rosales, § | |
| and Lorena Huerta, § | |
| § | |
| Defendants. § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 11) dated December 3, 2025, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that there is no basis for the Court to exercise subject matter jurisdiction over this case and Plaintiff, Jack Combs' claims are **DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction**.

**SIGNED** at Houston, Texas, on this the 22nd day of December, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE