Case 4:25-cv-04767   Document 13   Filed on 12/22/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Jack Combs, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-25-4767 |
| § | |
| Adam Salvador Rosales, § | |
| Juan Adrian Rosales, § | |
| and Lorena Huerta, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Jack Combs' claims are **DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction**.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 22nd day of December, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE